COURT OF APPEALS

EIGHTH DISTRICT OF
TEXAS

EL PASO, TEXAS

 

 


 
 
  
 TRINITY DRYWALL SYSTEMS, LLC,
  
                             Appellant,
  
 v.
  
  
 TOKA GENERAL CONTRACTORS, LTD AND VINEYARD
 VILLAGE, MSV, LLC.,
  
                            
 Appellees.
 
 
 §
  
 §
  
 §
  
 §
  
 §
  
 § 
  
 
 
  
 No. 08-12-00041-CV
  
 Appeal from the
  
 67th
 District Court
  
 of Tarrant
 County, Texas 
  
 (TC# 67-240386-09) 
  
 
 


 

 

MEMORANDUM  OPINION

Pursuant
to Tex.R.App.P. 42.1, Appellee, Toka General Contractors, Ltd., has
moved to dismiss its cross-appeal against Appellant, Trinity Drywall Systems,
LLC.  Appellant does not oppose
Appellee’s motion.  Concluding that
dismissing Appellee’s cross-appeal against Appellant will not prejudice
Appellant, we grant the motion and dismiss the cross-appeal.  See Tex.R.App.P. 42.1(b)(the
court may dispose of a severable portion of the proceeding if disposal will not
prejudice the remaining parties).  Because
there is no agreement between the parties as to costs and Appellee is seeking
relief in its role as Cross-Appellant, we assess costs against Appellee.  See Tex.R.App.P. 42.1(d)(absent
agreement of the parties, the court will tax costs against the appellant).

 

May 16, 2012

                                                                        CHRISTOPHER
ANTCLIFF, Justice

 

Before McClure, C.J., Rivera, and Antcliff,
JJ